Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim of DANIEL J. FOLEY, Respondent, for Compensation under the Workmen's Compensation Law, v. PIERCE-ARROW MOTOR CAR COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award reversed and proceeding remitted to the Commission;

on the authority of *Matter of Boscarino* v. *Carfagno & Dragonette* (220 N. Y. 323). All concurred.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of SARAH A. BALMER, as Widow of ANDREW L. BALMER, Respondent, v. JOHN WANAMAKER, Employer, and GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LTD., OF PERTH, SCOTLAND, Insurance Carrier, Appellants.— Award unanimously affirmed.